IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRISTAN BOOKER, ET AL.** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 14-cv-5242 |
| | : | |
| **BANGOR AREA SCHOOL DISTRICT,** | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 24th day of March, 2015, upon consideration of defendant's motion to dismiss for failure to state a claim (Doc. No. 13) and all responses thereto, it is hereby **ORDERED** that the motion is **DENIED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.